*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STARITA, and HOUTZ
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Anthony J. FRYER**
Hospital Corpsman Second Class (E-5), U.S. Navy
*Appellant*

**No. 201900324**

Decided: 28 April 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Jonathan T. Stephens (arraignment)
Aaron C. Rugh (trial)

Sentence adjudged 26 July 2019 by a general court-martial convened at Naval Base San Diego, California, consisting of officer and enlisted members. Sentence in the Entry of Judgment: reduction to E-3, confinement for 12 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Daniel O. Moore, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court